UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GMAC-5302**
PHELAN HALLINAN & SCHMIEG, PC
By: Jennifer Novick JN2743
400 Fellowship Road, Suite 100
Mt. Laurel, New Jersey 08054-3422
(856) 813-5500
<u>Attorneys for Secured Creditor: GMAC Mortgage, LLC</u>

In Re:

NICHOLAS TARDIBUONO, JR

Case No.: 10-11004-MS

Hearing Date: March 29, 2010

Judge: Morris Stern

Order Filed on 04/05/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 04/05/2010**

_____
Honorable Morris Stern
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan & Schmieg, PC, attorneys for GMAC Mortgage, LLC, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property more fully described as: 164 Eastern Way, Rutherford, NJ, 07070-2502.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, trustee and any other party who entered an appearance on this motion.

*Approved by Judge Morris Stern April 05, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: whealy              Page 1 of 1           Date Rcvd: Apr 05, 2010
Case: 10-11004                Form ID: pdf903           Total Noticed: 1

The following entities were noticed by first class mail on Apr 07, 2010.
db           +Nicholas Tardibuono, Jr.,   164 Eastern Way,   Rutherford, NJ 07070-2502

The following entities were noticed by electronic transmission.
NONE.                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2010**                    **Signature:**  _Joseph Speetjens_